UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK McDONALD,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MOLINA HEALTH CARE, INC.,<br>MOLINA HEALTHCARE OF<br>WASHINGTON, INC.,<br><br>　　　　　　　Defendants. | CASE NO. 2:20-CV-01189-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).

　　　The Clerk shall provide a copy of this Order to plaintiff and to the Honorable John C. Coughenour.

　　　DATED this 6th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1