THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MCDONALD, | CASE NO. C20-1189-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MOLINA HEALTHCARE, INC., a foreign profit corporation; and MOLINA HEALTHCARE OF WASHINGTON, INC., a domestic profit corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulation filed by Plaintiff Mark McDonald and Defendant Molina Healthcare of Washington, Inc. (Dkt. No. 17). In August 2020, Plaintiff filed this employment discrimination action against Molina Healthcare of Washington, Inc. and its parent corporation, Molina Healthcare, Inc. (Dkt. Nos. 4, 14.) Defendants filed an answer in November 2020. (Dkt. No. 15.) Plaintiff and Defendant Molina Healthcare of Washington, Inc. now stipulate to the dismissal of Plaintiff's claims against Defendant Molina Healthcare, Inc. and to Plaintiff filing an amended complaint against defendant Molina Healthcare of Washington, Inc. (Dkt. No. 17.) Consistent with their stipulation, Plaintiff and Defendant Molina Healthcare

of Washington, Inc. ask the Court to enter an order dismissing Plaintiff's claims against Molina Healthcare, Inc. and granting Plaintiff leave to file his proposed amended complaint. (*Id.*)

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss claims against some or all defendants by filing "a stipulation of dismissal signed by *all parties* who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii) (emphasis added); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Here, the stipulation of dismissal (Dkt. No. 17) does not comply with Rule 41(a) because it has been signed only on behalf of Plaintiff and one defendant notwithstanding the fact that both defendants have appeared. The Court therefore DENIES without prejudice the request to enter the proposed order of dismissal. The parties may file an amended stipulation of dismissal signed by all parties. Following the proper dismissal of Defendant Molina Healthcare, Inc., the Court will consider the stipulation of Plaintiff and Defendant Molina Healthcare of Washington, Inc. for an order granting Plaintiff leave to file an amended complaint.

DATED this 17th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1189-JCC
PAGE - 2