THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MCDONALD, | CASE NO. C20-1189-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MOLINA HEALTHCARE, INC., a foreign profit corporation; and MOLINA HEALTHCARE OF WASHINGTON, INC., a domestic profit corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulation filed by Plaintiff Mark McDonald and Defendant Molina Healthcare of Washington, Inc. (Dkt. No. 20).

In August 2020, Plaintiff filed this employment discrimination action against Molina Healthcare of Washington, Inc. and its parent corporation, Molina Healthcare, Inc. (Dkt. Nos. 4, 14.) Defendants filed an answer in November 2020. (Dkt. No. 15.) In February 2021, Plaintiff and Defendant Molina Healthcare of Washington, Inc. stipulated to the dismissal of Plaintiff's claims against Defendant Molina Healthcare, Inc. and asked the Court to enter an order dismissing Defendant Molina Healthcare, Inc. pursuant to the stipulation and granting Plaintiff

leave to file an amended complaint against Defendant Molina Healthcare of Washington, Inc. (Dkt. No. 17.) The Court denied the request without prejudice because the stipulation was deficient under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) because it was only signed on behalf of one defendant notwithstanding the fact that both defendants have appeared. (Dkt. No. 18.) The instant stipulation (Dkt. No. 20) is deficient for the same reason. Accordingly, Plaintiff shall either file a stipulation signed by *all* parties who have appeared or make a showing that an order of dismissal is appropriate absent a stipulation. Following the proper dismissal of Defendant Molina Healthcare, Inc., the Court will consider the stipulation of Plaintiff and Defendant Molina Healthcare of Washington, Inc. for an order granting Plaintiff leave to file an amended complaint.

DATED this 8th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1189-JCC
PAGE - 2